# United States Bankruptcy Court
## Eastern District of Michigan

In re: **Ricky Carl Neal / Debra H Neal**, Debtor(s)

Case No. **11-71688 tjt**
Chapter **13**

## PAYMENT ORDER

The above named Debtor(s) having filed a petition for relief under Chapter 13 of the Bankruptcy Code, and upon motion of the Debtor(s) pursuant to L.B.R. 1007-1(c) (E.D.M.);

**IT IS HEREBY ORDERED** that **PNC Bank**
**Mail Stop B7-YB-32-02-1**
**4100 W. 150th St.**
("Payor"), at **Cleveland, OH 44135**

immediately forward and make payable to: **Tammy L. Terry**
**Chapter 13 Trustee**
**P.O. Box 2039**
**Memphis, TN 38101-2039**

**$761.53 Semi-monthly** of the Debtor(s)' future gross income until the further Order of the Court and that it cease and desist from giving effect to any prior or future garnishment or assignment of the Debtor(s)' income except for order for child support, or alimony, current withholding taxes, union dues, and medical or other insurance premiums.

(Set forth all names, including trade names used by the Debtor(s) within the last 6 years.)

Ricky Carl Neal (SSN: xxx-xx-7351)

Debra H Neal (SSN: xxx-xx-1082)
AKA Debra Davie; AKA Debra Horn

Signed on January 03, 2012

/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge

**\*\*weekly**     bi-weekly     semi-monthly     monthly