UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:
Ricky Carl Neal & Debra H. Neal

Debtor(s) /

Case No. 11-71688-TJT
CHAPTER 13
JUDGE THOMAS J TUCKER

## CERTIFICATE OF SERVICE

I certify that on the date indicated below, a copy of a Payment Order was served, by Electronic Court Filing (ECF) and/or depositing a copy in the U.S. Mail, postage prepaid properly addressed as follows:

PNC BANK
Attn: Payroll
TWO PNC PLAZA
620 LIBERTY AVENUE
PITTSBURG, PA 15222

ROBERT KEYES LAW, PLLC
300 NORTH HURON STREET
YPSILANTI, MI 48197

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE

DATED: 01/04/2012

/s/ Dianne Sherman
For Chapter 13 Trustee
535 Griswold, Suite 2100
Detroit, MI 48226
Phone: 313 967-9857
mieb_ecfadmin@det13.net