# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:
Ricky Neal                                                    No. 11-71688-tjt
Debra Neal                                                    Honorable Judge Thomas J. Tucker
Debtors                                                       Chapter 13
_____/

## MOTION TO EXCUSE DEBTOR DEBRA NEAL'S ATTENDANCE FROM ALL COURT HEARINGS AND ALLOW CO-DEBTOR RICKY NEAL TO PROVIDE TESTIMONY ON HER BEHALF

Debra Neal by and through her attorney states as follows in support of her Motion:

1. Her 341 is scheduled for Tuesday January 31, 2012.

2. She suffers from diagnosed depression and panic attacks for which she takes sertraline and clonazapam and is therefore unable to travel to Detroit and testify.

3. Her codebtor is fully competent and able to testify to her financial affairs.

   **WHEREFORE**, Debtor respectfully request that this Honorable Court excuse her from all court hearings and allow co-debtor Ricky Neal to provide testimony on her behalf.

Dated: January 20, 2012                                       /s/Robert Keyes_____
                                                              Robert Keyes (P-68856)
                                                              Attorney for Debtor Debra Neal
                                                              300 North Huron Street, Ypsilanti, MI 48197
                                                              Phone: (734) 662-1590
                                                              E-mail: robert@robertkeyeslaw.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

IN RE:
Ricky Neal                                              No. 11-71688-tjt
Debra Neal                                              Honorable Judge Thomas J. Tucker
Debtors                                                 Chapter 13
_____/

### MOTION TO EXCUSE DEBTOR DEBRA NEAL'S ATTENDANCE FROM ALL COURT HEARINGS AND ALLOW CO-DEBTOR RICKY NEAL TO PROVIDE TESTIMONY ON HER BEHALF

The Chapter 13 debtors have filed papers with the court to excuse Debra Neal from Attendance at all Court Hearings and Allow Co-Debtor Ricky Neal to Provide Testimony on her Behalf.

**Your rights may be effected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one).**

If you do not want the court to allow this motion, or want the court to consider your views on the motion, then within 14 days, you or your attorney must:

1. File with the court a written response to the Motion, explaining your position, at:
U.S. Bankruptcy Court
211 W. Fort Street, Suite 2100
Detroit, Michigan 48226

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.

You must also mail a copy to:

Robert Keyes Law                                        Chapter 13 Trustee
300 North Huron Street.                                 Tammy L. Terry
Ypsilanti, Michigan 48197                               535 Griswold, Suite 2100
                                                        Detroit, MI 48226

If you, or your attorney, do not take these steps, the Court may deem that you do not oppose the relief sought in the motion and may enter an order granting the relief.

Dated: January 20, 2012                                 Respectfully submitted,
                                                        /s/Robert Keyes_____
                                                        Robert Keyes (P-68856)
                                                        Attorney for Debtor Debra Neal
                                                        300 North Huron Street, Ypsilanti, MI 48197
                                                        Phone: (734) 662-1590
                                                        E-mail: robert@robertkeyeslaw.com

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN RE:
Ricky Neal                                              No. 11-71688-tjt
Debra Neal                                              Honorable Judge Thomas J. Tucker
Debtors                                                 Chapter 13
_____/

**PROOF OF SERVICE OF MOTION TO EXCUSE DEBTOR DEBRA NEAL'S ATTENDANCE FROM ALL COURT HEARINGS AND ALLOW CO-DEBTOR RICKY NEAL TO PROVIDE TESTIMONY ON HER BEHALF**

The undersigned hereby states that he did serve the **Motion to Excuse Debtor Debra Neal's Attendance from All Court Hearings and Allow Co-Debtor Ricky Neal to Provide Testimony on her Behalf**, **Notice of Motion, Proposed Order** and **Proof of Service** via the courts Electronic Case Filing System or First Class U.S. Mail upon the following:

See attached Matrix

Dated: January 20, 2012                                 /s/Robert Keyes_____
                                                        Robert Keyes (P-68856)
                                                        Attorney for Debtor Debra Neal
                                                        300 North Huron Street, Ypsilanti, MI 48197
                                                        Phone: (734) 662-1590
                                                        E-mail: robert@robertkeyeslaw.com