```
Label Matrix for local noticing        Amc Mortgage Services              American Home Mtg Svci
0645-2                                  2677 North Main Street            Ahmsi / Attention: Bankruptcy
Case 11-71688-tjt                       Suite 140                        Po Box 631730
Eastern District of Michigan            Santa Ana, CA 92705-6659         Irving, TX 75063-0002
Detroit
Fri Jan 20 14:35:59 EST 2012

Ann Arbor Credit Burea                  Bank Of America, N.a.             Capital One, N.a.
311 N Main St                           450 American St                   Capital One Bank (USA) N.A.
Ann Arbor, MI 48104-1133                Simi Valley, CA 93065-6285        Po Box 30285
                                                                          Salt Lake City, UT 84130-0285


Chase                                   Chase                             Citi Residential Lendi/CitiMortgage
Attn: Bankruptcy Dept                   P.o. Box 15298                    Attn: Bankruptcy Department
Po Box 15298                            Wilmington, DE 19850-5298         Po Box 79022 Ms 322
Wilmington, DE 19850-5298                                                 St. Louis, MO 63179


Citifinancial                           Credit One Bank                   Crescent Bank & Trust
Citifinancial/Attn: Bankruptcy Dept     Po Box 98872                      PO Box 61813
Po Box 140069                           Las Vegas, NV 89193-8872          New Orleans, La 70161-1813
Irving, TX 75014-0069


Crescent Bank And Trus                  Dte Energy                        Enhanced Recovery Corp
Attn: Bankruptcy                        One Energy Plaza /Attn: Bankruptcy Depar   Attention: Client Services
7290 Bluebonet Blvd Ste 600             Room 2160                         8014 Bayberry Rd
Baton Rouge, LA 70810-1611              Detroit, MI 48226-1221            Jacksonville, FL 32256-7412


First National Bank Credit Card Center  First Premier Bank                Gmac Hm Eq
Attention:  Bankruptcy Department       3820 N Louise Ave                 Po Box 4622
1620 Dodge St. Stop Code: 3105          Sioux Falls, SD 57107-0145        Waterloo, IA 50704-4622
Omaha, NE 68175-0001


Gmac Mortgage                           HSBC Nv/GM Card                   Harris N.a.
3451 Hammond Ave                        Attn: Bankruptcy                  Bmo-Harris Bank/Attention: Legal Service
Waterloo, IA 50702-5300                 Po Box 5213                       1100 W. Monroe 421 E
                                        Carol Stream, IL 60197-5213       Chicago, IL 60607-2507


Hsbc Bank                               Hsbc Bank                         Hsbc Mortgage Corp Usa
Attn: Bankruptcy                        Po Box 5253                       2929 Walden Ave
Po Box 5213                             Carol Stream, IL 60197-5253       Depew, NY 14043-2690
Carol Stream, IL 60197-5213


Hsbc Nv                                 Hscb/nautl                        (p)INTERNAL REVENUE SERVICE
Attention: Bankruptcy                   Attention: Bankruptcy             CENTRALIZED INSOLVENCY OPERATIONS
Po Box 5213                             Po Box 15213                      PO BOX 7346
Carol Stream, IL 60197-5213             Carol Stream, IL 60197            PHILADELPHIA PA 19101-7346


Jj Marshall & Associ                    Michigan Department of Treasury   National Rec
Po Box 6099                             Collection/Bankruptcy Unit        416 S Main
Jackson, MI 49204-6099                  P.O. Box 30168                    Ottawa, KS 66067-2334
                                        Lansing, MI 48909-7668
```

```
Natl Cty Crd                    Nco Fin/55                      Ntl City Mtg
1 Cascade Plz                   Pob 15270                       6 N Main St
Akron, OH 44308-1136            Wilmington, DE 19850-5270       Dayton, OH 45402-1902


PNC BANK                        Pnc Bank                        Russell Agcy
PO BOX 94982                    6750 Miller Rd                  3285 Van Slyke Rd
CLEVELAND, OHIO 44101-4982      Brecksville, OH 44141-3239      Flint, MI 48507


Sams Club / GEMB                (p)SPRINGLEAF FINANCIAL SERVICES  Thinkcashfbd
Attention:  Bankruptcy Department  P O BOX 3251                 Brandywine Commons
Po Box 103104                   EVANSVILLE IN 47731-3251        Wilmington, DE 19803
Roswell, GA 30076-9104


Wellsfargo                      Wfnnb/lerner Mail Orde          Wfnnb/sue Brett
800 Walnut St                   Po Box 182122                   4590 E Broad St
Des Moines, IA 50309-3605       Columbus, OH 43218-2122         Columbus, OH 43213-1301


Wfnnb/value City Furn           Debra H. Neal                   John Robert Keyes
Attn: Bankruptcy                617 Campbell                    300 North Huron Street
Po Box 182686                   Ypsilanti, MI 48198-3801        Ypsilanti, MI 48197-2842
Columbus, OH 43218-2686


Ricky Carl Neal                 Tammy L. Terry
617 Campbell                    Buhl Building
Ypsilanti, MI 48198-3801        535 Griswold
                                Suite 2100
                                Detroit, MI 48226-3681
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
IRS                             Springleaf Financial S
PO Box 21126                    2734 Jackson Ave
Philadelphia, PA 19114          Ann Arbor, MI 48103
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)The Bank Of New York Mellon   End of Label Matrix
                                 Mailable recipients    46
                                 Bypassed recipients     1
                                 Total                  47
```